UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-20631-CR-UNGARO

UNITED STATES OF AMERICA

        Plaintiff,  **ARRAIGNMENT INFORMATION SHEET**

vs.

ROBERTO PEREZ,  Jail No: 22273-018

        Defendant.  Language: English
_____/

The above-named Defendant appeared before **Magistrate Judge Jonathan Goodman**. The defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:  Address: _____

_____

Tel. No: _____

Defense Counsel:  Name: Luis Fernandez

Address: _____

Tel. No: 305-854-5555

Bond Set/Continued: $ 250K CSB Nebbia

Dated this 10th day of September, 2013.

STEVEN M. LARIMORE, CLERK

BY /s/Michael A. Santorufo
    Deputy Clerk

Copy to:  U.S. Attorney
        Defense Counsel
        Pretrial Services